# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-01175-AP

**COLORADO WILD, INC.**

**Plaintiff,**

v.

**U.S. FOREST SERVICE, a federal agency within the U.S. Department of Agriculture, THOMAS MALACEK, in his official capacity as District Ranger, Divide District, Rio Grande National Forest; PETER CLARK, Rio Grande National Forest Supervisor,**

**Defendants.**

## ORDER

After a telephone conference with the Magistrate Judge, the parties in the above-captioned matter have agreed to follow limitations and timing regarding discovery and briefing on Defendant's *Motion to Dismiss.*

(1)   Plaintiff's discovery will be completed no later than March 1, 2006;

(2)   Defendants shall respond to Plaintiff's first round of discovery by January 13, 2006;

(3)   Plaintiff's second round of discovery shall be limited to five (5) interrogatories, ten (10) request for admissions; and one (1) request for production;

(4)   Any further issues regarding discovery may be brought to the Court as they arise and after the parties attempt to resolve such issues on their own; and

(5)   Plaintiff's response to Defendants' *Motion to Dismiss* (#3) is due on or before March 16, 2006 and Defendants' reply is due on or before April 3, 2006

Dated: **January 6, 2006**              BY THE COURT:

                                         s/David L. West

**United States Magistrate Judge**