IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **05-cv-1175-JLK-DLW**

**COLORADO WILD, INC.,**

       Plaintiff,

v.

**U.S. FOREST SERVICE, a federal agency within the U.S. Department of Agriculture;
THOMAS MALACEK, in his official capacity as District Ranger, Divide District, Rio Grande National Forest;
PETER CLARK, Rio Grande National Forest Supervisor;**

       Defendants.

## ORDER

Kane, J.

With the concurrence of Chief Judge Babcock, it is ordered that this case be removed from the AP docket and assigned to me. The order of reference to Magistrate Judge West remains in full force and effect. Counsel of record and the Clerk of the Court are advised, that any additional related cases shall be assigned directly to me without processing through the AP docket procedure.

Dated:   June 23, 2006                                   BY THE COURT:

                                                               **s/John L. Kane**
                                                               Senior United States District Judge