**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Civil Action No. 05-CV-01175-JLK-DLW**

**COLORADO WILD, INC.**

**Plaintiff,**

**v.**

**U.S. FOREST SERVICE, a federal agency within the U.S. Department of Agriculture, THOMAS MALACEK, in his official capacity as District Ranger, Divide District, Rio Grande National Forest; PETER CLARK, Rio Grande National Forest Supervisor,**

**Defendants.**

---

**ORDER RE: PLAINTIFF'S REQUEST FOR LEAVE TO FILE A SUR-REPLY TO DEFENDANT'S REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**

---

**ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

Plaintiff, Colorado Wild, Inc., has filed a Request for Leave to File a Sur-Reply to Defendant's Reply in Support of Defendant's Motion to Dismiss. The Court has reviewed Plaintiff's request and reply in support of its request and the Defendant's opposition thereto, and:

**IT IS HEREBY ORDERED** that Plaintiff's Request for Leave to File a Sur-Reply to Defendant's Reply in Support of Defendant's Motion to Dismiss is **GRANTED**.

**Dated: August 29, 2006**

                                       **BY THE COURT:**

                                       **s/David L. West**

                                       **United States Magistrate Judge**