IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-01175-AP

COLORADO WILD, INC.

Plaintiff,

v.

U.S. FOREST SERVICE, a federal agency within the U.S. Department of Agriculture, THOMAS MALACEK, in his official capacity as District Ranger, Divide District, Rio Grande National Forest; PETER CLARK, Rio Grande National Forest Supervisor,

Defendants.

---

### ORDER RE: PLAINTIFF'S SECOND REQUEST FOR LEAVE TO CONDUCT LIMITED DISCOVERY REGARDING JURISDICTION

---

Plaintiff's Second Request for Leave to Conduct Limited Discovery Regarding Jurisdiction was referred to the Magistrate Judge by Judge John L. Kane on May 8, 2006.

### BACKGROUND

Plaintiff has filed Plaintiff's Second Request for Leave to Conduct Limited Discovery Regarding Jurisdiction. The Court previously granted limited discovery for claims 1, 2 and 3 of Plaintiff's original Complaint. Subsequently, Plaintiff filed an Amended Complaint adding a 4th claim. As to all claims Defendant has filed a Motion to Dismiss for Lack of Jurisdiction.

The Court finds that pursuant to the Federal Rules of Civil Procedure and *Sizova v. National Institute of Standards and Technology*, 282 F.3d 1320, Plaintiff is entitled to discovery of jurisdictional facts where such facts have been placed at issue by Defendant through its Motion to Dismiss for Lack of Jurisdiction. However, said discovery shall be limited to the subject matter of jurisdiction as to the 4th claim. The discovery shall be completed within 45 days from the date of this

Order and is limited to 5 interrogatories and 10 requests for admissions. The parties will confer and contact the Court with a proposed briefing schedule.

## CONCLUSION

On the basis of the foregoing, the Court concludes that the Plaintiff should be granted leave to conduct limited discovery regarding jurisdiction as to the 4th claim in Plaintiff's Amended Complaint regarding jurisdiction only.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Second Request for Leave to Conduct Limited Discovery Regarding Jurisdiction is **GRANTED**.

2. Said discovery shall be limited to 5 interrogatories and 10 requests for admission and completed within 45 days from the date of this Order.

3. The parties will confer and submit to the Court a proposed briefing schedule.

**DATED: August 30, 2006.**

BY THE COURT:

s/David L. West
**United States Magistrate Judge**