IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge John L. Kane**

Civil Action No. **05-cv-1175-JLK-DW**

**COLORADO WILD, INC.,**

        Plaintiff,

v.

**U.S. FOREST SERVICE, a federal agency within the U.S. Department of Agriculture; THOMAS MALACEK, in his official capacity as District Ranger, Divide District, Rio Grande National Forest;
PETER CLARK, Rio Grande National Forest Supervisor;**

        Defendants.

**MINUTE ORDER**

Judge John L. Kane **ORDERS**

      Upon review of the file in this case, Defendants' original Motion to Dismiss for Lack of Jurisdiction (Doc. 3), directed to Plaintiff's original Complaint, is deemed **MERGED** into Defendants' Motion to Dismiss Plaintiffs' Amended Complaint on the same grounds (Doc. 36). Pursuant to Magistrate West's Order (Doc. 51), the parties have agreed to a schedule that will have Defendants' second Motion to Dismiss fully briefed by December 1, 2006. Because Defendants' second Motion incorporates all arguments made in their original Motion, the original Motion, filed August 9, 2005, is **DENIED** as **MOOT**. The parties may incorporate, by reference, any arguments made in their briefs on the original Motion (Doc. 3) in their briefing on Doc. 36.

Dated September 26, 2006.