# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 05-CV-01175-JLK-DLW**

**COLORADO WILD, INC.**

**Plaintiff,**

v.

**U.S. FOREST SERVICE, a federal agency within the U.S. Department of Agriculture, THOMAS MALACEK, in his official capacity as District Ranger, Divide District, Rio Grande National Forest; PETER CLARK, Rio Grande National Forest Supervisor,**

**Defendants.**

---

## ORDER

The Magistrate Judge overlooked the Plaintiff's Unopposed Request to Stay Briefings on Defendants' Second Motion to Dismiss filed on May 5, 2006 and referred to him on May 8, 2006; therefore;

Plaintiff's request to stay briefing on Defendants' Second Motion to Dismiss (#36) is hereby **GRANTED**.

Briefing was to be stayed until such time as the Court resolved Plaintiff's Second Request for Limited Discovery which was done on August 30, 2006, therefore, this issue is now moot.

Dated: **March 26, 2007**         **BY THE COURT:**

                                            **s/David L. West**

                                            **United States Magistrate Judge**